UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLEOTILDE D. RUIZ-MAHRE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO: 2:14-CV-0138-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is Magistrate Judge Bianchini's December 22, 2015, Report and Recommendation (ECF No. 28), recommending this Court deny Plaintiff's Motion for Summary Judgment (ECF No. 20); grant Defendant's Motion for Summary Judgment (ECF No. 26); and close this case. No objections have been filed with this Court.

Having carefully reviewed the Report and Recommendation and the file therein, this Court adopts Magistrate Judge Bianchini's recommendation in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

1 **IT IS ORDERED:**

2   1. The Report and Recommendation (ECF No. 28) is **ADOPTED** in its

3 entirety.

4   2. Plaintiff's Motion for Summary Judgment (ECF No. 20) is **DENIED**.

5   3. Defendant's Motion for Summary Judgment (ECF No. 26) is

6 **GRANTED**.

7   The District Court Executive is directed to file this Order, enter Judgment

8 for Defendant, provide copies to counsel, and **CLOSE** this file.

9   **DATED** January 26, 2016.



   THOMAS O. RICE
   United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2